UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LINCOLN BENEFIT LIFE COMPANY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-17-332 |
| | § | |
| JACQUELINE HILL ROBINSON, | § | |
| *Defendant/Counter-Defendant* | § | |
| | § | |
| NEVADA TRUST COMPANY, | § | |
| *Defendant/Counter-Claimant.* | § | |

## CONDITIONAL ORDER OF DISMISSAL

Having been advised that a settlement has been reached between all parties, the Court dismisses this case without prejudice to reinstatement of any and all claims if any party represents to the Court within thirty days from the date of this order that the settlement could not be completely documented. The court retains jurisdiction over any settlement agreements.

Signed at Houston, Texas on August 21, 2017.

_____
Gray H. Miller
United States District Judge